No. 98–1255. UNITED STATES v. MARTINEZ-SALAZAR. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1021.] Motion for appointment of counsel granted, and it is ordered that Michael D. Gordon, Esq., of Tempe, Ariz., be appointed to serve as counsel for respondent in this case.